### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:24-MJ-86** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JHONNY CHAVEZ** | ) | |

### ORDER OF DISMISSAL

The motion of the Government for an order dismissing the complaint made against **JHONNY CHAVEZ** is GRANTED.  The complaint in the above-referenced case is hereby dismissed.

**SO ORDERED** this 28th day of January 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA